**JASON D. GUINASSO, ESQ.**
Nevada Bar No. 8478
**GGRM LAW FIRM**
2770 S. Maryland Pkwy, Suite 100
Las Vegas, NV 89109
Telephone : (702) 384-1616
Facsimile : (702) 384-2990
Email: jguinasso@ggrmlawfirm.com

*Attorneys for Plaintiff*

GGRM LAW FIRM INJURY ATTORNEYS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAQUEL DOMINGUEZ, individually;<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC., a foreign corporation; SAM'S WEST, INC., a foreign corporation, d/b/a SAM'S CLUB #44974, DOE CLEANING COMPANY; DOE MAINTENANCE COMPANY; DOE EMPLOYEES 1-50; DOE PERSONS 51-100, and each of them, inclusive; and ROE COMPANIES 101-150, and each of them inclusively,<br><br>Defendants. | Case No.: 2:25-cv-02163-GMN-DJA<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiff RAQUEL DOMINGUEZ ("Plaintiff") and Defendants WALMART, INC. AND SAM'S WEST, INC. (collectively "Defendants") (together, the "Parties) by and through their undersigned counsel of record jointly stipulate and agree as follows:

1. This case should be dismissed with prejudice consistent with the settlement terms between the parties.

///

///

2. Any outstanding hearings and deadlines shall be vacated.

3. The Parties shall bear their own attorneys' fees and costs associated with this action.

DATED this 23rd day of July 2026.

GGRM LAW FIRM

*/s/ Jason D. Guinasso*
JASON D. GUINASSO, ESQ.
Nevada Bar No. 8478
2770 S. Maryland Pkwy, Suite 100
Las Vegas, Nevada 89109

*Attorneys for Plaintiff*

DATED this 23rd day of July 2026.

BURGER, MEYER & D'ANGELO, LLP

*/s/ Olivia F. Bivens*

TABETHA A. MARTINEZ, ESQ.
Nevada Bar No. 14237
OLIVIA F. BIVENS, ESQ.
Nevada Bar No. 15014
725 S. 8th Street, Suite 200
Las Vegas NV 89101

*Attorneys for Defendants*

**ORDER**

For good cause appearing, **IT IS HEREBY ORDERED** that the Parties' stipulation is **GRANTED** and this matter shall be dismissed with prejudice.

The Clerk of Court is kindly directed to close this case.

**IT IS SO ORDERED.**

**DATED** this 24 day of July, 2026.

Gloria M. Navarro, District Judge
United States District Court